**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-01194-LTB-MJW

ERIC JOHNSON,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC., a Delaware limited liability company,

    Defendant.

---

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendant's Unopposed Motion for Leave to File Amended Answer and Affirmative Defenses Pursuant to Fed. R. Civ. P. 15(a)(2) (Doc 16 - filed August 19, 2011) is **GRANTED**. The tendered Amended Answer is accepted for filing.

Dated:  August 22, 2011