**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-01194-LTB-MJW

ERIC JOHNSON,

       Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company,

       Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 27 - filed October 7, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

      s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED:   October 11, 2011